**Troy HACKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41340.**

Missouri Court of Appeals,
Western District.

Oct. 10, 1989.

Troy Hacker, pro se.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).